IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE RADFORD
ADC #655432                                                    PLAINTIFF

v.                          No. 5:18-cv-83-DPM-JTK

DARYL GOLDEN, Warden,
Delta Regional Unit, ADC                                       DEFENDANT

ORDER

After Magistrate Judge Kearney submitted his recommendation, the Court received more papers from Radford related to his motion. № 42-44. The Court has considered those papers in reviewing the recommendation. On *de novo* review, the Court adopts the partial recommendation, № 41, and overrules Radford's objections, № 45. FED. R. CIV. P. 72(b)(3). Courts must view prisoners' requests for injunctive relief "with great caution because judicial restraint is especially called for in dealing with the complex and intractable problems of prison administration." *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995) (quotation omitted). Viewed with that caution, Radford's motion doesn't show that irreparable harm is likely without a preliminary injunction. It is therefore denied. № 35.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2019