# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JESSIE RADFORD
ADC #655432                                                                 PLAINTIFF

v.                          No. 5:18-cv-83-DPM

DARYL GOLDEN, Warden,
Delta Regional Unit, ADC                                                    DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 58, and overrules Radford's objections, № 59. FED. R. CIV. P. 72(b)(3). Radford hasn't met proof with proof to show a violation of his right to access the courts. Golden's motion for summary judgment, № 49, is therefore granted. Radford's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2019