IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE RADFORD
ADC #655432                                                                PLAINTIFF

v.                          No. 5:18-cv-83-DPM

DARYL GOLDEN, Warden,
Delta Regional Unit, ADC                                                   DEFENDANT

## JUDGMENT

Radford's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2019